

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00050-CR

| | | |
|---|---|---|
| BRONSON KIBLER, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1684037D) |
| V. | § | March 14, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. We vacate the trial court's Count Two judgment of conviction for manslaughter. We modify the Count One judgment of conviction for intoxication manslaughter to delete the $100 fine. It is ordered that the judgment of the trial court for Count One is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth